

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Endeavor Energy Resources, L.P.,

\* From the 118th District Court
of Howard County,
Trial Court No. 50827.

Vs. No. 11-17-00028-CV

\* October 25, 2018

Energen Resources Corporation
and John Thomas Quinn,

\* Opinion by Bailey, C.J.
(Panel consists of: Bailey, C.J.,
Willson, J., and Wright, S.C.J., sitting
by assignment)
(Willson, J., not participating)

This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed. The costs incurred by reason of this appeal are taxed against Endeavor Energy Resources, L.P.